■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CORWIN L. COLEMAN, Appellant. [632 NYS2d 1018] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Ontario County Court, Henry, Jr., J.—Assault, 2nd Degree.) Present—Green, J. P., Pine, Wesley, Callahan and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WESLEY E. WIGGINS, Appellant. [632 NYS2d 1018] —Appeal unanimously dismissed *(see, People v Nicholson,* 209 AD2d 1019). (Appeal from Order of Supreme Court, Monroe County, Doyle, J.—Reconstruct Record.) Present—Green, J. P., Pine, Wesley, Callahan and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v HAL R. MCKEE, Respondent. [632 NYS2d 1017] —Order unanimously affirmed for reasons stated in decision of Ontario County Court, Henry, Jr., J. (Appeal from Order of Ontario County Court, Henry, Jr., J.—Dismiss Indictment.) Present—Green, J. P., Pine, Wesley, Callahan and Davis, JJ.